## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

```
_____
                              )
ROSENRUIST-GESTAO E SERVICOS LDA,  )
                              )
        Plaintiff,            )
                              )
v.                            )  Misc. Civil Case No. 06-007
                              )
VIRGIN ENTERPRISES LIMITED,   )
                              )
        Defendant.            )
_____)
```

### ORDER

This matter comes before the Court on Plaintiff's Objections to Memorandum Opinion and Order of Magistrate Judge from March 2, 2006. A district court may overturn or modify a magistrate judge's findings in a nondispositive matter only if it finds that the matter was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The Court finds that the Magistrate Judge's Order from March 2, 2006, was not clearly erroneous or contrary to law. It is hereby

ORDERED that Plaintiff's motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 10, 2006