**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| ROSENRUIST-GESTAO E SERVICIOS LDA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. Civil Action No. 06-0007 |
| VIRGIN ENTERPRISES LIMITED, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter comes before the Court on Defendant's Objections to Magistrate Judge's Order Ommitting Awarded Attorneys Fees and Objections to Magistrate Judge's Order. It appearing to the Court that Magistrate Judge Poretz's Orders of April 6, 2006, and April 10, 2006, are not clearly erroneous or contrary to law, it is hereby

ORDERED that Defendant's Objections to Magistrate Judge's Order Ommitting Awarded Attorneys Fees and Objections to Magistrate Judge's Order are DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 1, 2006