**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| ROSENRUIST-GESTAO E SERVICIOS LDA, ) ) ) Plaintiff, ) ) v. ) ) VIRGIN ENTERPRISES LIMITED, ) ) Defendant. ) | Misc. Civil Action No. 06-0007 |

**ORDER**

This matter comes before the Court on Plaintiff's Objections to Order of Magistrate Judge Granting Sanctions. It appearing to the Court that Magistrate Judge Poretz's Order of April 6, 2006, is not clearly erroneous or contrary to law, it is hereby

ORDERED that Plaintiff's Objections to Order of Magistrate Judge Granting Sanctions is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 12, 2006